## Commonwealth *v.* Scott, Appellant.

Submitted April 14, 1969. *Peter U. Hook,* for appellant; *Gerald R. Solomon,* Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of sentence is vacated and the record remanded to the court below to allow defendant to file post trial motions nunc pro tunc, in accordance with *Commonwealth v. Grillo,* 208 Pa. Superior Ct. 444, 222 A. 2d 427 (1966).